Form 180 – ntchrgfail

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 12−35461−MBK
        Chapter:  7
        Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Frank J. Suraci
   1 Birchwood Drive
   Perrineville, NJ 08535

Social Security No.:
   xxx−xx−0566

Employer's Tax I.D. No.:

## NOTICE OF MISSING DOCUMENTS AND NOTICE OF DISMISSAL
## IF DOCUMENTS ARE NOT TIMELY FILED

1. Notice is hereby given that the following documents must be filed within 14 days from the date the bankruptcy petition was filed:

    Statement of Financial Affairs,Summary of Schedule,Summary of Liabilities,Schedules I&J,.

2. This case will be dismissed on November 2, 2012, unless the missing documents are received on or before that date by the Clerk of the Court at:

    U.S. Bankruptcy Court
    402 East State Street
    Trenton, NJ 08608

If you object to dismissal of the case, you may submit a written request for a hearing setting forth the reasons why dismissal would not be proper. Such request must be received by the Clerk of the Court on or before November 2, 2012.

THIS IS THE ONLY NOTICE YOU WILL RECEIVE. If you fail to timely comply with the requirements set forth above, this case will be dismissed.

Dated: October 22, 2012
JJW: jey

        James J. Waldron
        Clerk

    If the schedules you file list more creditors than were included on the list of creditors(matrix) filed with your petition, you must file with your schedules an amended list of creditors(matrix), listing only those creditors being added, and a separate verified statement of changes (D.N.J. LBR 1007−2 and 1009−1). You must also pay a $30 fee for the amendment in the form of certified check, money order, or attorney's check.