**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.:  12−35461−MBK
                Chapter:  7
                Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Frank J. Suraci
   1 Birchwood Drive
   Perrineville, NJ 08535

Social Security No.:
   xxx−xx−0566

Employer's Tax I.D. No.:

**NOTICE OF MISSING DOCUMENTS AND NOTICE OF DISMISSAL
IF DOCUMENTS ARE NOT TIMELY FILED**

1. Notice is hereby given that the following documents must be filed within 14 days from the date the bankruptcy petition was filed:

      Statement of Financial Affairs,Summary of Schedule,Summary of Liabilities,Schedules I&J,.

2. This case will be dismissed on November 2, 2012, unless the missing documents are received on or before that date by the Clerk of the Court at:

                U.S. Bankruptcy Court
                402 East State Street
                Trenton, NJ 08608

If you object to dismissal of the case, you may submit a written request for a hearing setting forth the reasons why dismissal would not be proper. Such request must be received by the Clerk of the Court on or before       November 2, 2012.

THIS IS THE ONLY NOTICE YOU WILL RECEIVE. If you fail to timely comply with the requirements set forth above, this case will be dismissed.

Dated: October 22, 2012
JJW: jey

                                                            James J. Waldron
                                                            Clerk

        If the schedules you file list more creditors than were included on the list of
        creditors(matrix) filed with your petition, you must file with your schedules
        an amended list of creditors(matrix), listing only those creditors being added,
        and a separate verified statement of changes (D.N.J. LBR 1007−2 and 1009−1).
        You must also pay a $30 fee for the amendment in the form of certified check,
        money order, or attorney's check.

United States Bankruptcy Court
District of New Jersey

In re:                                                           Case No. 12-35461-MBK
Frank J. Suraci                                                  Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3         User: jyoungke         Page 1 of 2         Date Rcvd: Oct 22, 2012
                             Form ID: 180           Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 24, 2012.
db          +Frank J. Suraci,   1 Birchwood Drive,   Perrineville, NJ 08535-1111

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         +E-mail/Text: leah.bynon@usdoj.gov Oct 22 2012 23:33:48     U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2523
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 22 2012 23:33:42     United States Trustee,
              Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
                                                                                              TOTAL: 2

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 24, 2012**           **Signature:**    _Joseph Speetjens_

```
District/off: 0312-3          User: jyoungke              Page 2 of 2                  Date Rcvd: Oct 22, 2012
                              Form ID: 180                Total Noticed: 3
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 22, 2012 at the address(es) listed below:
        Eugene D. Roth    on behalf of Debtor Frank Suraci erothesq@gmail.com
        TOTAL: 1

Case 12-35461-MBK    Doc 5    Filed 10/24/12    Entered 10/25/12 00:56:44    Desc Imaged
Certificate of Notice    Page 3 of 3