UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

In Re:

Frank J. Suraci

Case Number: 12-35461

Hearing Date: 

Judge: Michael B. Kaplan

Chapter: 7

Recommended Local Form:   ☒ Followed   ☐ Modified

# ORDER RE EXTENSION OF TIME
# TO FILE SCHEDULES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: 11/08/2012**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The court having noted the debtor's request to extend time to file schedules, and for good cause shown, it is

ORDERED that the debtor's request is:

☒ Granted. The deadline to file schedules is extended to _____11/19/2012_____.

☐ Denied.

*Rev. 7/1/04; jml*

*Approved by Judge Michael Kaplan November 08, 2012*