UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Order Filed on 11/14/2012 by Clerk U.S. Bankruptcy Court District of New Jersey

In Re:

Frank J. Suraci

Case No.:    12-35461

Adv. No.:

Hearing Date:
Judge: Michael B. Kaplan

### ORDER GRANTING APPLICATION TO HAVE STAY MOTION HEARD BEFORE FIRST MEETING DATE

The relief set forth on the following pages, numbered two (2) through 2 is hereby **ORDERED**.

**DATED: 11/14/2012**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Case No.:  12-35461

Caption Of Order:  **ORDER GRANTING APPLICATION TO HAVE STAY MOTION HEARD BEFORE FIRST MEETING DATE**

Upon the application of Valley National Bank it is hereby ORDERED that

the application is granted and the Motion Relief from Stay document #7 on the docket

will be heard on November 19, 2012 at 10:00 a.m.

*Approved by Judge Michael Kaplan November 14, 2012*