UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Order Filed on
**11/14/2012**
by Clerk U.S. Bankruptcy
Court District of New Jersey

In Re:

Frank J. Suraci

Case No.:    12-35461

Adv. No.:

Hearing Date:
Judge: Michael B. Kaplan

## ORDER GRANTING APPLICATION TO HAVE STAY MOTION HEARD BEFORE FIRST MEETING DATE

The relief set forth on the following pages, numbered two (2) through 2 is hereby **ORDERED**.

**DATED: 11/14/2012**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Case No.: 12-35461

Caption Of Order: **ORDER GRANTING APPLICATION TO HAVE STAY MOTION HEARD BEFORE FIRST MEETING DATE**

Upon the application of Valley National Bank it is hereby ORDERED that

the application is granted and the Motion Relief from Stay document #7 on the docket

will be heard on November 19, 2012 at 10:00 a.m.

*Approved by Judge Michael Kaplan November  14, 2012*

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 12-35461-MBK
Frank J. Suraci                                                     Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: wromero          Page 1 of 2          Date Rcvd: Nov 14, 2012
                              Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2012.
db        +Frank J. Suraci,   1 Birchwood Drive,   Perrineville, NJ 08535-1111

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 16, 2012**                    **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0312-3          User: wromero              Page 2 of 2             Date Rcvd: Nov 14, 2012
                              Form ID: pdf903            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 14, 2012 at the address(es) listed below:
          Eugene D. Roth    on behalf of Debtor Frank Suraci erothesq@gmail.com
          Norman I. Klein    on behalf of Creditor  Valley National Bank nklein@cgkesqs.com
          Theodore  Liscinski    tedliscinski@verizon.net, nj01@ecfcbis.com;annedennick@verizon.net
                                                                                               TOTAL: 3