Order Filed on
**11/20/2012**
by Clerk U.S. Bankruptcy
Court District of New Jersey

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in compliance with D.N.J. LBR 9004-2(c)<br><br>Carlet, Garrison, Klein<br> & Zaretsky, L.L.P.<br>1135 Clifton Avenue, Suite 104<br>P.O. Box 2666<br>Clifton, NJ 07015-2666<br>973-777-6200<br>Norman I. Klein – NK4768<br>Attorneys for Creditor, Valley National Bank | |
| In Re:<br><br>FRANK J. SURACI<br><br>   Debtor. | Case No.: 12-35461-MBK<br><br>Judge: Hon. Michael B. Kaplan<br><br>Chapter 7<br><br>Hearing Date: November 19, 2012, 10:00 a.m. |

## ORDER VACATING AUTOMATIC STAY

The relief set forth on the following page, numbered two (2) is herby ORDERED.

**DATED: 11/20/2012**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

PAGE 2
DEBTOR: FRANK J. SURACI
CASE NO.: 12-35461-MBK

THIS MATTER having been opened to the Court by Carlet, Garrison, Klein & Zaretsky, L.L.P., attorneys for secured creditor, Valley National Bank ("Valley"), for the entry of an Order pursuant to 11 U.S.C. §362(d), for relief from the automatic stay as to certain property hereinafter set forth, and for good cause shown, it is hereby

ORDERED, that the automatic stay is vacated to permit the Sheriff of Monmouth County to sell at public auction in accordance with New Jersey statutes and the court rules of the Superior Court of New Jersey and to execute a Deed to transfer the real property located at 1 Birchwood Drive, Millstone Township, New Jersey 08535 also known as Block 37.02, Lot 5 on the Municipal Tax Map of Millstone Township, New Jersey to the successful bidder at such Sheriff's sale and to pay over the net proceeds of such sale to Valley National Bank.

The movant shall serve this Order on the Debtor, the Trustee, and any other party who entered an appearance on the motion.

_____
Hon. Michael B. Kaplan, U.S.B.J.

*Approved by Judge Michael Kaplan November 20, 2012*