*Order Filed on 11/20/2012 by Clerk U.S. Bankruptcy Court District of New Jersey*

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in compliance with D.N.J. LBR 9004-2(c) | |
| Carlet, Garrison, Klein<br> & Zaretsky, L.L.P.<br>1135 Clifton Avenue, Suite 104<br>P.O. Box 2666<br>Clifton, NJ 07015-2666<br>973-777-6200<br>Norman I. Klein – NK4768<br>Attorneys for Creditor, Valley National Bank | |
| In Re:<br><br>FRANK J. SURACI<br><br>   Debtor. | Case No.: 12-35461-MBK<br><br>Judge: Hon. Michael B. Kaplan<br><br>Chapter 7<br><br>Hearing Date:  November 19, 2012, 10:00 a.m. |

## ORDER VACATING AUTOMATIC STAY

The relief set forth on the following page, numbered two (2) is herby ORDERED.

**DATED: 11/20/2012**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

PAGE 2
DEBTOR: FRANK J. SURACI
CASE NO.: 12-35461-MBK

THIS MATTER having been opened to the Court by Carlet, Garrison, Klein & Zaretsky, L.L.P., attorneys for secured creditor, Valley National Bank ("Valley"), for the entry of an Order pursuant to 11 U.S.C. §362(d), for relief from the automatic stay as to certain property hereinafter set forth, and for good cause shown, it is hereby

ORDERED, that the automatic stay is vacated to permit the Sheriff of Monmouth County to sell at public auction in accordance with New Jersey statutes and the court rules of the Superior Court of New Jersey and to execute a Deed to transfer the real property located at 1 Birchwood Drive, Millstone Township, New Jersey 08535 also known as Block 37.02, Lot 5 on the Municipal Tax Map of Millstone Township, New Jersey to the successful bidder at such Sheriff's sale and to pay over the net proceeds of such sale to Valley National Bank.

The movant shall serve this Order on the Debtor, the Trustee, and any other party who entered an appearance on the motion.

_____
Hon. Michael B. Kaplan, U.S.B.J.

*Approved by Judge Michael Kaplan November 20, 2012*

United States Bankruptcy Court
District of New Jersey

In re:                                                                                  Case No. 12-35461-MBK
Frank J. Suraci                                                                         Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: kfeeley              Page 1 of 2              Date Rcvd: Nov 21, 2012
                              Form ID: pdf903            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 23, 2012.
db            +Frank J. Suraci,    1 Birchwood Drive,    Perrineville, NJ 08535-1111

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 23, 2012**                    **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0312-3          User: kfeeley              Page 2 of 2            Date Rcvd: Nov 21, 2012
                              Form ID: pdf903            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 21, 2012 at the address(es) listed below:
          Eugene D. Roth    on behalf of Debtor Frank Suraci erothesq@gmail.com
          Norman I. Klein    on behalf of Creditor   Valley National Bank nklein@cgkesqs.com
          Theodore   Liscinski    tedliscinski@verizon.net, nj01@ecfcbis.com;annedennick@verizon.net
                                                                                                TOTAL: 3