UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**TED LISCINSKI JR, LLC**
**Attorneys at Law**
**265 Davidson Avenue, Suite 200**
**Somerset, NJ 08873**
**(732) 469-9008**
**Attorney for the Trustee**

| | |
|---|---|
| In Re: | Case No.:   12-35461 (MBK) |
| SURACI, FRANK J. | Adv No. |
| | Hearing Date: |
| | Judge:   MICHAEL B. KAPLAN |

## CERTIFICATION OF SERVICE

1.      I, THEODORE LISCINSKI, JR.:

☒      represent the Trustee in the above-captioned matter.

☐      am the secretary/paralegal for _____, who represents the
_____ in the above-captioned matter.

☐      am the _____ in the above case and am representing myself.

2.      On December 3, 2012, I sent a copy of the following pleading and/or documents to the
parties listed in the chart below:

Application for Retention of Professional and Certificate of Compliance with D.N.J. LBR
2014-1(a), a supporting certification of professional, and form of Order

3.      I hereby certify under penalty of perjury that the above documents were sent using the
mode of service indicated.

Dated: December 3, 2012                    /S/  THEODORE LISCINSKI, JR.
                                           _____
                                           THEODORE LISCINSKI, JR.

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| United States Trustee's Office<br>One Newark Center, Suite 2100<br>Newark, New Jersey  07102 | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Eugene D. Roth, Esq.<br>2520 Highway 35, Suite 303,<br>Manasquan, NJ  08736 | Attorney for the Debtor(s) | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Valley National Bank<br>c/o Norman I. Klein, Esq.<br>Carlet, Garrison, Klein & Zaretsky<br>1135 Clifton Avenue Ste 104<br>Clifton, NJ 07015 | Secured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ 07601<br>Attn: Avi Schild | Creditor | ☐  Hand-delivered<br>☒  Regular mail<br>☐  Certified mail/RR<br>☐  E-mail<br>☐  Notice of Electronic Filing (NEF)<br>☐  Other _____<br>(as authorized by the court *) |

\* May account for service by fax or other means as authorized by the court through issuance of an Order Shortening Time.

*new.3/15/12*