**FORM NOA** (Notice of Assets and Deadline to File Proof of Claim)

# NOTICE OF ASSETS AND DEADLINE TO FILE PROOF OF CLAIM

U.S. Bankruptcy Court
402 East State Street
Trenton, NJ 08608
Telephone number: 609−989−2200

Honorable Michael B. Kaplan, U.S. Bankruptcy Judge

| **CASE NUMBER:** 12−35461−MBK | **DATE FILED::** 10/19/12 |
|---|---|
| In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):<br>Frank J. Suraci<br>xxx−xx−0566 | **ADDRESS OF DEBTOR(S):**<br><br>1 Birchwood Drive<br>Perrineville, NJ 08535 |
| DEBTOR'S ATTORNEY:<br>Eugene D. Roth<br>Law Office of Eugene D. Roth<br>Valley Pk. East<br>2520 Hwy 35, Suite 307<br>Manasquan, NJ 08736<br><br>(732) 292−9288 | TRUSTEE:<br>Theodore Liscinski Jr.<br>Theodore Liscinski<br>265 Davidson Avenue<br>Suite 200<br>Somerset, NJ 08873<br>(732) 469−9008 |

    It appeared from the schedules when this case was filed that there were no assets from which dividends could be paid to creditors as indicated on the Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors and Deadlines.

    It now appears that the payment of a dividend may be possible. Pursuant to Bankruptcy Rule 3002(c)(5), the last day for filing claims is fixed as:

3/4/13

Government Units are allowed 180 days from the date of order for relief, or the above date, whichever is later. 11 U.S.C. §502(b)(9)

Except as otherwise provided by law, in order to share in any payment from the estate, a creditor must file a proof of claim by the date set forth above. The place to file the proof of claim is the office of the Clerk of the Bankruptcy Court.

A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 10") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. You may also contact the Clerk's Office where this case is pending to request that a Proof of Claim form be mailed to you. The Clerk's Office telephone number is included on the front of this Notice. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the last day to file a proof of claim listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. Filing Deadline for a Creditor with a Foreign Address: The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.

    **IF A CLAIM WAS PREVIOUSLY SUBMITTED, IT IS NOT NECESSARY TO FILE ANOTHER ONE.**

Dated: December 4, 2012                               FOR THE COURT

James J. Waldron, Clerk

FORM NOA Rev. 2/96

```
                               United States Bankruptcy Court
                                   District of New Jersey
In re:                                                              Case No. 12-35461-MBK
Frank J. Suraci                                                     Chapter 7
          Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0312-3         User: jyoungke              Page 1 of 3          Date Rcvd: Dec 04, 2012
                             Form ID: noa                Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 06, 2012.
db         +Frank J. Suraci,    1 Birchwood Drive,    Perrineville, NJ 08535-1111
cr         +Valley National Bank,    c/o Carlet Garrison Klein & Zaretsky,    1135 Clifton Avenue, Suite 102,
             Clifton, NJ 07013-3643
513442529  +American Express,    C/O Zwicker & Associates,    16 South Haddon Avenue,
             Haddonfield, NJ 08033-1887
513442531   Bank Of America,    PO Box982235,    El Paso, TX  79998-2235
513442533  +Bank Of America- Asset Acceptance LLC,    C/O Fulton Friedman & Gullace,    Po Box 2123,
             Warren, MI 48090-2123
513442534  +Bank Of America-FIA CSNA,    PO Box 982235,    El Paso, TX 79998-2235
513442536  +Cargo Warehouse Distribution Services,    1 Birchwood Drive,   Perrineville, NJ 08535-1111
513442538   Chase Bank,    C/O Midland Funding LLC,    8875 Srto Ft Ste 200,    San Diego, CA  92123
513442539  +Citibank Sears-LVNV Funding LLC,    Faloni & Associates LLC,    165 Passiac Avenue Ste 301B,
             Fairfield, NJ 07004-3592
513442546  +Lou Ann Suraci,    1 Birchwood Dr,    Perrineville, NJ 08535-1111
513442547  +Pride Acquitions LLC,    C/O Baker, Sanders, Barshay, Grossman,    100 Garden City Plaza Ste 500,
             Garden City,, NY 11530-3207
513442548  +Radiant Global Logistics Inc.,    C/O Fox & Rothschild LLP,    75 Eisenhower Parkway Ste 200,
             Roseland, NJ 07068-1600
513442549   SLC Stud Loan Trust,    PO Box 6497,    Sioux Falls, SD  57117-6497
513442550  ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
             TRENTON NJ 08646-0245
             (address filed with court: State Of New Jersey,     Division Of Taxation,    PO Box 245,
             Trenton, NJ  08695)
513442551  +Valley National Bank,    C/O Carlet, Garrison, Kleink & Zaretsky,,    1135 Clifton Avenue Ste 104,
             Clifton, NJ 07013-3643
513442553   Wells Fargo Bank,    C/O Pinnacle Credit Services,    PO Box 640,   Hopkins, MN  55343-0640

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         +E-mail/Text: leah.bynon@usdoj.gov Dec 04 2012 22:24:08      U.S. Attorney,    970 Broad St.,
             Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2523
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 04 2012 22:24:04      United States Trustee,
             Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,    Suite 2100,
             Newark, NJ 07102-5235
513442530  +EDI: AMEREXPR.COM Dec 04 2012 21:13:00      American Express,    PO Box 1270,
             Newark, NJ 07101-1270
513515039  +EDI: ATLASACQU.COM Dec 04 2012 21:13:00      Atlas Acquisitions LLC,    294 Union St.,
             Hackensack, NJ 07601-4303
513442532  +EDI: BANKAMER.COM Dec 04 2012 21:13:00      Bank Of America,    PO Box 15026,
             Wilmington, DE 19850-5026
513442535   +E-mail/Text: bankruptcy@cavps.com Dec 04 2012 22:24:42      Bank Of America/FIA Card Services,
             C/O Cavalry Portfolio Services Inc.,    Po Box 1017,   Hawthorne, NY 10532-7504
513442537  +EDI: CHASE.COM Dec 04 2012 21:13:00      Chase Bank,    PO Box 15298,   Wilmington, DE 19850-5298
513442540  +EDI: MID8.COM Dec 04 2012 21:13:00      Citibank USA,    C/O Midland Funding LLC,
             8875 Aero Dr. Ste 200,    San Diego, CA 92123-2255
513442541  +EDI: CITICORP.COM Dec 04 2012 21:13:00      Citicards CBNA,    701 E 60th St N,
             Sioux Falls, SD 57104-0432
513442542   EDI: DISCOVER.COM Dec 04 2012 21:13:00      Discover Fincl Svc LLC,    PO Box 15316,
             Wilmington, DE  19850-5316
513442543   EDI: RMSC.COM Dec 04 2012 21:13:00      GECRB/QVC,    PO Box 965018,   Orlando, FL  32896-5018
513442544  +EDI: CITICORP.COM Dec 04 2012 21:13:00      Home Depot/CBNA,    PO Box 6497,
             Sioux Falls, SD 57117-6497
513442545   EDI: IRS.COM Dec 04 2012 21:13:00      Internal Revenue Service,    PO Box 7346,
             Philadelphia, PA  19101-7346
513442552  +EDI: WFFC.COM Dec 04 2012 21:13:00      Wells Fargo Bank,    PO Box 31557,
             Billings, MT 59107-1557
                                                                                              TOTAL: 14

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-3           User: jyoungke              Page 2 of 3                Date Rcvd: Dec 04, 2012
                               Form ID: noa                Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 06, 2012**                    **Signature:**    _Joseph Speetjens_

```
District/off: 0312-3          User: jyoungke             Page 3 of 3              Date Rcvd: Dec 04, 2012
                              Form ID: noa               Total Noticed: 30
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 3, 2012 at the address(es) listed below:

         Eugene D. Roth    on behalf of Debtor Frank Suraci erothesq@gmail.com
         Norman I. Klein    on behalf of Creditor  Valley National Bank nklein@cgkesqs.com
         Theodore  Liscinski    tedliscinski@verizon.net, nj01@ecfcbis.com;annedennick@verizon.net

                                                                                                 TOTAL: 3