# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 12−35461−MBK
        Chapter: 7
        Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Frank J. Suraci
   1 Birchwood Drive
   Perrineville, NJ 08535

Social Security No.:
   xxx−xx−0566

Employer's Tax I.D. No.:

## NOTICE OF PROPOSED ABANDONMENT

    Theodore Liscinski Jr., Trustee for the above−captioned case, has filed a notice of intent to abandon certain property described below as being of inconsequential value to the estate.
    If any creditor or other party in interest has an objection to the proposed abandonment, the objection and a request for a hearing on such objection shall be in writing, served upon the Trustee and filed with the Clerk of the United States Bankruptcy Court. Such objection and request shall be filed with the Clerk and served upon the Trustee no later than December 26, 2012.
    In the event an objection is timely filed, a hearing will be held before the Honorable Michael B. Kaplan on

DATE:                January 7, 2013
TIME:               10:00 am
COURTROOM:    #3

    If no objection is filed with the Clerk and served upon the Trustee on or before December 26, 2012, the abandonment will take effect on the fifth day following the last day to file objections.

The description of the property to be abandoned is as follows:
1 BIRCHWOOD DR. PERRINEVILLE, NJ
Value: $733,640.00
Costs of Sale: $73,364.00

The liens on the property to be abandoned are as follows
(including amount claimed due):
Valley National Bank
$773,778.48
Internal Revenue Service
$324,950.00

The amount of equity claimed as exempt by the debtor is:
$0.00

    Request for additional information about the property to be abandoned should be directed to the Trustee at:
Theodore Liscinski Jr.

Theodore Liscinski
265 Davidson Avenue
Suite 200
Somerset, NJ 08873
(732) 469–9008

or the trustee's attorney (if applicable) at:

Dated: December 5, 2012
JJW:

James J. Waldron
Clerk

```
Case 12-35461-MBK    Doc 23    Filed 12/07/12    Entered 12/08/12 00:39:39    Desc Imaged
                        Certificate of Notice    Page 3 of 5
```

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 12-35461-MBK
Frank J. Suraci                                                 Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3        User: jyoungke        Page 1 of 3        Date Rcvd: Dec 05, 2012
                            Form ID: 154          Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 07, 2012.
```
db          +Frank J. Suraci,   1 Birchwood Drive,   Perrineville, NJ 08535-1111
cr          +Valley National Bank,   c/o Carlet Garrison Klein & Zaretsky,   1135 Clifton Avenue, Suite 102,
              Clifton, NJ 07013-3643
513442530   +American Express,   PO Box 1270,   Newark, NJ 07101-1270
513442529   +American Express,   C/O Zwicker & Associates,   16 South Haddon Avenue,
              Haddonfield, NJ 08033-1887
513442531    Bank Of America,   PO Box982235,   El Paso, TX  79998-2235
513442533   +Bank Of America- Asset Acceptance LLC,   C/O Fulton Friedman & Gullace,   Po Box 2123,
              Warren, MI 48090-2123
513442534   +Bank Of America-FIA CSNA,   PO Box 982235,   El Paso, TX 79998-2235
513442536   +Cargo Warehouse Distribution Services,   1 Birchwood Drive,   Perrineville, NJ 08535-1111
513442537   +Chase Bank,   PO Box 15298,   Wilmington, DE 19850-5298
513442538    Chase Bank,   C/O Midland Funding LLC,   8875 Srto Ft Ste 200,   San Diego, CA  92123
513442539   +Citibank Sears-LVNV Funding LLC,   Faloni & Associates LLC,   165 Passiac Avenue Ste 301B,
              Fairfield, NJ 07004-3592
513442541   +Citicards CBNA,   701 E 60th St N,   Sioux Falls, SD 57104-0432
513442544   +Home Depot/CBNA,   PO Box 6497,   Sioux Falls, SD 57117-6497
513442546   +Lou Ann Suraci,   1 Birchwood Dr,   Perrineville, NJ 08535-1111
513442547   +Pride Acquitions LLC,   C/O Baker, Sanders, Barshay, Grossman,   100 Garden City Plaza Ste 500,
              Garden City,, NY 11530-3207
513442548   +Radiant Global Logistics Inc.,   C/O Fox & Rothschild LLP,   75 Eisenhower Parkway Ste 200,
              Roseland, NJ 07068-1600
513442549    SLC Stud Loan Trust,   PO Box 6497,   Sioux Falls, SD  57117-6497
513442550  ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
              TRENTON NJ 08646-0245
             (address filed with court: State Of New Jersey,   Division Of Taxation,   PO Box 245,
              Trenton, NJ  08695)
513442551   +Valley National Bank,   C/O Carlet, Garrison, Kleink & Zaretsky,,   1135 Clifton Avenue Ste 104,
              Clifton, NJ 07013-3643
513442552   +Wells Fargo Bank,   PO Box 31557,   Billings, MT 59107-1557
513442553    Wells Fargo Bank,   C/O Pinnacle Credit Services,   PO Box 640,   Hopkins, MN  55343-0640
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         +E-mail/Text: leah.bynon@usdoj.gov Dec 05 2012 21:39:53    U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2523
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 05 2012 21:39:51    United States Trustee,
              Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
513515039   +E-mail/Text: bnc@atlasacq.com Dec 05 2012 21:39:24    Atlas Acquisitions LLC,   294 Union St.,
              Hackensack, NJ 07601-4303
513442535   +E-mail/Text: bankruptcy@cavps.com Dec 05 2012 21:55:34    Bank Of America/FIA Card Services,
              C/O Cavalry Portfolio Services Inc.,   Po Box 1017,   Hawthorne, NY 10532-7504
513442540   +E-mail/Text: bankruptcydpt@mcmcg.com Dec 05 2012 21:38:46    Citibank USA,
              C/O Midland Funding LLC,   8875 Aero Dr. Ste 200,   San Diego, CA 92123-2255
513442542    E-mail/PDF: mrdiscen@discoverfinancial.com Dec 05 2012 21:45:48    Discover Fincl Svc LLC,
              PO Box 15316,   Wilmington, DE  19850-5316
513442543    E-mail/PDF: gecsedi@recoverycorp.com Dec 05 2012 21:45:17    GECRB/QVC,   PO Box 965018,
              Orlando, FL  32896-5018
513442545    E-mail/Text: cio.bncmail@irs.gov Dec 05 2012 21:37:31    Internal Revenue Service,   PO Box 7346,
              Philadelphia, PA  19101-7346
                                                                                               TOTAL: 8
```
```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
513442532  ##+Bank Of America,   PO Box 15026,   Wilmington, DE 19850-5026
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0312-3          User: jyoungke              Page 2 of 3              Date Rcvd: Dec 05, 2012
                              Form ID: 154                Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 07, 2012**                    **Signature:** *Joseph Speetjens*

```
District/off: 0312-3          User: jyoungke              Page 3 of 3               Date Rcvd: Dec 05, 2012
                              Form ID: 154                Total Noticed: 29
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 3, 2012 at the address(es) listed below:

```
              Eugene D. Roth    on behalf of Debtor Frank Suraci erothesq@gmail.com
              Norman I. Klein    on behalf of Creditor  Valley National Bank nklein@cgkesqs.com
              Theodore  Liscinski    tedliscinski@verizon.net,  nj01@ecfcbis.com;annedennick@verizon.net
                                                                                          TOTAL: 3
```