UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

**TED LISCINSKI JR, LLC**
Attorneys at Law
265 Davidson Avenue, Suite 200
Somerset, NJ 08873
(732) 469-9008
Attorney for the Trustee

| | |
|---|---|
| In Re: | Case No.: 12-35461 (MBK) |
| SURACI, FRANK J. | Judge: MICHAEL B. KAPLAN |
| | Chapter: 7 |

Recommended Local Form:  ☒ Followed   ☐ Modified

Order Filed on 12/12/2012 by Clerk U.S. Bankruptcy Court District of New Jersey

# ORDER AUTHORIZING RETENTION OF
# THEODORE LISCINSKI, JR. AS COUNSEL PRO SE FOR THE TRUSTEE

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: 12/12/2012**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

In re: SURACI, FRANK J.,

Case No.: 12-35461 (MBK)

Applicant: THEODORE LISCINSKI, JR.

(check all that apply) ☒ Trustee: ☒ Chap. 7    ☐ Chap. 11    ☐ Chap. 13.

☐ Debtor: ☐ Chap. 11    ☐ Chap. 13

☐ Official Committee of _____

Name of Professional: THEODORE LISCINSKI, JR., ESQ.

Address of Professional: 265 Davidson Avenue, Suite 200, Somerset, NJ 08873

☒ Attorney for (check all that apply):

  ☒ Trustee    ☐ Debtor-in-Possession

  ☐ Official Committee of _____

☐ Accountant for:

  ☐ Trustee    ☐ Debtor-in-Possession

  ☐ Official Committee of _____

☐ Other Professional:

  ☐ Realtor    ☐ Appraiser    ☐ Special Counsel    ☐ Auctioneer

  ☐ Other (specify): _____

---

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1. The applicant is authorized to retain the above party in the professional capacity noted.

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

*Approved by Judge Michael Kaplan December 12, 2012*

3. The effective date of the retention is the date the application was filed with the Court.

*Rev. 7/1/04; jml*

*Approved by Judge Michael Kaplan December 12, 2012*