UNITED STATES BANKRUPTCY
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**TED LISCINSKI JR, LLC**
**Attorneys at Law**
**265 Davidson Avenue, Suite 200**
**Somerset, NJ 08873**
**(732) 469-9008**
**Attorney for the Trustee**

Order Filed on
**12/12/2012**
by Clerk U.S. Bankruptcy
Court District of New Jersey

| | |
|---|---|
| In Re: | Case No.: 12-35461 (MBK) |
| SURACI, FRANK J. | Judge: MICHAEL B. KAPLAN |
| | Chapter: 7 |

| Recommended Local Form: | ☒ Followed | ☐ Modified |
|---|---|---|

## ORDER AUTHORIZING RETENTION OF
## THEODORE LISCINSKI, JR. AS COUNSEL PRO SE FOR THE TRUSTEE

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: 12/12/2012**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

In re: SURACI, FRANK J.,

Case No.: 12-35461 (MBK)

Applicant: THEODORE LISCINSKI, JR.

(check all that apply) ☒ Trustee: ☒ Chap. 7 ☐ Chap. 11 ☐ Chap. 13.

☐ Debtor: ☐ Chap. 11 ☐ Chap. 13

☐ Official Committee of _____

Name of Professional: THEODORE LISCINSKI, JR., ESQ.

Address of Professional: 265 Davidson Avenue, Suite 200, Somerset, NJ 08873

☒ Attorney for (check all that apply):

☒ Trustee ☐ Debtor-in-Possession

☐ Official Committee of _____

☐ Accountant for:

☐ Trustee ☐ Debtor-in-Possession

☐ Official Committee of _____

☐ Other Professional:

☐ Realtor ☐ Appraiser ☐ Special Counsel ☐ Auctioneer

☐ Other (specify): _____

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1. The applicant is authorized to retain the above party in the professional capacity noted.

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

2

*Approved by Judge Michael Kaplan December 12, 2012*

3. The effective date of the retention is the date the application was filed with the Court.

*Rev. 7/1/04; jml*

3

*Approved by Judge Michael Kaplan December 12, 2012*

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 12-35461-MBK
Frank J. Suraci                                                                 Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3            User: sfiefhau            Page 1 of 2            Date Rcvd: Dec 14, 2012
                                Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 16, 2012.
db             +Frank J. Suraci,    1 Birchwood Drive,    Perrineville, NJ 08535-1111

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 16, 2012**                        **Signature:** _Joseph Speetjens_

```
District/off: 0312-3          User: sfiefhau            Page 2 of 2              Date Rcvd: Dec 14, 2012
                              Form ID: pdf903           Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 14, 2012 at the address(es) listed below:
              Eugene D. Roth    on behalf of Debtor Frank Suraci erothesq@gmail.com
              Norman I. Klein    on behalf of Creditor   Valley National Bank nklein@cgkesqs.com
              Theodore   Liscinski    tedliscinski@verizon.net, nj01@ecfcbis.com;annedennick@verizon.net
              Theodore   Liscinski    on behalf of Trustee Theodore Liscinski tedliscinski@verizon.net,
               annedennick@verizon.net;annedennick@gmail.com
                                                                                              TOTAL: 4