# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

                    Case No.: 12−35461−MBK
                    Chapter: 7
                    Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Frank J. Suraci
   1 Birchwood Drive
   Perrineville, NJ 08535

Social Security No.:
   xxx−xx−0566

Employer's Tax I.D. No.:

---

## NOTICE OF FAILURE TO FILE DEBTOR'S CERTIFICATION OF COMPLETION OF INSTRUCTIONAL COURSE CONCERNING FINANCIAL MANAGEMENT

To receive a discharge all individual debtors must file a *Debtor's Certification of Completion of Instructional Course Concerning Financial Management* (Official Form B23) proving compliance with the financial management course requirement for discharge (each debtor in a joint case must file a separate Certification). The Certification must be filed by:

    60 days from the first date set for your Meeting of Creditors.

To date the court has not received the above document(s). If the court does not receive the document(s) within the time frame set forth above, your case will be closed without entry of the discharge. If the case is closed without entry of the discharge you must file a Motion To Reopen to allow for the filing of the document(s) and pay the applicable filing fee.

Dated: January 11, 2013
JJW: admi

                                                                  James J. Waldron
                                                                  Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 12-35461-MBK
Frank J. Suraci                                                         Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin              Page 1 of 2              Date Rcvd: Jan 11, 2013
                               Form ID: finmgtc         Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 13, 2013.
db          +Frank J. Suraci,    1 Birchwood Drive,    Perrineville, NJ 08535-1111

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         +E-mail/Text: leah.bynon@usdoj.gov Jan 11 2013 23:49:26     U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2523
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 11 2013 23:49:23     United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Jan 13, 2013**                **Signature:**    *Joseph Speetjens*

```
District/off: 0312-3          User: admin              Page 2 of 2               Date Rcvd: Jan 11, 2013
                              Form ID: finmgtc         Total Noticed: 3
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 11, 2013 at the address(es) listed below:
          Eugene D. Roth    on behalf of Debtor Frank Suraci erothesq@gmail.com
          Norman I. Klein    on behalf of Creditor  Valley National Bank nklein@cgkesqs.com
          Theodore  Liscinski    tedliscinski@verizon.net, nj01@ecfcbis.com;annedennick@verizon.net
          Theodore  Liscinski    on behalf of Trustee Theodore Liscinski tedliscinski@verizon.net,
           annedennick@verizon.net;annedennick@gmail.com
                                                                               TOTAL: 4