**B18 (Official Form 18) (12/07)**

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 12−35461−MBK
Chapter: 7
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Frank J. Suraci
   1 Birchwood Drive
   Perrineville, NJ 08535

Social Security No.:
   xxx−xx−0566

Employer's Tax I.D. No.:

# DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED**:

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

Dated: February 1, 2013

Michael B. Kaplan
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18 (Official Form 18) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts that are Not Discharged.

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 12-35461-MBK
Frank J. Suraci                                                         Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin                Page 1 of 3                  Date Rcvd: Feb 01, 2013
                              Form ID: b18               Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 03, 2013.
db         +Frank J. Suraci,   1 Birchwood Drive,   Perrineville, NJ 08535-1111
cr         +Valley National Bank,   c/o Carlet Garrison Klein & Zaretsky,   1135 Clifton Avenue, Suite 102,
             Clifton, NJ 07013-3643
513442529  +American Express,   C/O Zwicker & Associates,   16 South Haddon Avenue,
             Haddonfield, NJ 08033-1887
513442531   Bank Of America,   PO Box982235,   El Paso, TX  79998-2235
513442533  +Bank Of America- Asset Acceptance LLC,   C/O Fulton Friedman & Gullace,   Po Box 2123,
             Warren, MI 48090-2123
513442534  +Bank Of America-FIA CSNA,   PO Box 982235,   El Paso, TX 79998-2235
513442536  +Cargo Warehouse Distribution Services,   1 Birchwood Drive,   Perrineville, NJ 08535-1111
513442538   Chase Bank,   C/O Midland Funding LLC,   8875 Srto Ft Ste 200,   San Diego, CA  92123
513442539  +Citibank Sears-LVNV Funding LLC,   Faloni & Associates LLC,   165 Passiac Avenue Ste 301B,
             Fairfield, NJ 07004-3592
513442546  +Lou Ann Suraci,   1 Birchwood Dr,   Perrineville, NJ 08535-1111
513442547  +Pride Acquisitions LLC,   C/O Baker, Sanders, Barshay, Grossman,   100 Garden City Plaza Ste 500,
             Garden City,, NY 11530-3207
513442548  +Radiant Global Logistics Inc.,   C/O Fox & Rothschild LLP,   75 Eisenhower Parkway Ste 200,
             Roseland, NJ 07068-1600
513442549   SLC Stud Loan Trust,   PO Box 6497,   Sioux Falls, SD  57117-6497
513442550  ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
             TRENTON NJ 08646-0245
            (address filed with court: State Of New Jersey,   Division Of Taxation,   PO Box 245,
             Trenton, NJ  08695)
513442551  +Valley National Bank,   C/O Carlet, Garrison, Kleink & Zaretsky,,   1135 Clifton Avenue Ste 104,
             Clifton, NJ 07013-3643
513442553   Wells Fargo Bank,   C/O Pinnacle Credit Services,   PO Box 640,   Hopkins, MN  55343-0640

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         +E-mail/Text: leah.bynon@usdoj.gov Feb 01 2013 23:40:33      U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2523
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 01 2013 23:40:27      United States Trustee,
             Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
513611085   +EDI: ACCE.COM Feb 01 2013 22:43:00      ASSET ACCEPTANCE LLC,   PO BOX 2036,
             WARREN MI 48090-2036
513442530   +EDI: AMEREXPR.COM Feb 01 2013 22:43:00      American Express,   PO Box 1270,
             Newark, NJ 07101-1270
513587852    EDI: AIS.COM Feb 01 2013 22:48:00      American InfoSource LP as agent for,   Midland Funding LLC,
             PO Box 268941,   Oklahoma City, OK  73126-8941
513515039   +EDI: ATLASACQU.COM Feb 01 2013 22:43:00      Atlas Acquisitions LLC,   294 Union St.,
             Hackensack, NJ 07601-4303
513442532   +EDI: BANKAMER.COM Feb 01 2013 22:43:00      Bank Of America,   PO Box 15026,
             Wilmington, DE 19850-5026
513442535   +E-mail/Text: bankruptcy@cavps.com Feb 01 2013 23:41:49      Bank Of America/FIA Card Services,
             C/O Cavalry Portfolio Services Inc.,   Po Box 1017,   Hawthorne, NY 10532-7504
513534856   +E-mail/Text: bankruptcy@cavps.com Feb 01 2013 23:41:49      Cavalry Portfolio Services,
             500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2322
513442537   +EDI: CHASE.COM Feb 01 2013 22:48:00      Chase Bank,   PO Box 15298,   Wilmington, DE 19850-5298
513442540   +EDI: MID8.COM Feb 01 2013 22:43:00      Citibank USA,   C/O Midland Funding LLC,
             8875 Aero Dr. Ste 200,   San Diego, CA 92123-2255
513442541   +EDI: CITICORP.COM Feb 01 2013 22:43:00      Citicards CBNA,   701 E 60th St N,
             Sioux Falls, SD 57104-0432
513442542    EDI: DISCOVER.COM Feb 01 2013 22:43:00      Discover Fincl Svc LLC,   PO Box 15316,
             Wilmington, DE  19850-5316
513539259    EDI: DISCOVER.COM Feb 01 2013 22:43:00      Discover Bank,   DB Servicing Corporation,
             PO Box 3025,   New Albany, OH  43054-3025
513442543   +EDI: RMSC.COM Feb 01 2013 22:43:00      GECRB/QVC,   PO Box 965018,   Orlando, FL  32896-5018
513442544   +EDI: CITICORP.COM Feb 01 2013 22:43:00      Home Depot/CBNA,   PO Box 6497,
             Sioux Falls, SD 57117-6497
513442545    EDI: IRS.COM Feb 01 2013 22:43:00      Internal Revenue Service,   PO Box 7346,
             Philadelphia, PA  19101-7346
513442552   +EDI: WFFC.COM Feb 01 2013 22:43:00      Wells Fargo Bank,   PO Box 31557,
             Billings, MT 59107-1557
                                                                                              TOTAL: 18

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
513575333*   +Atlas Acquisitions LLC,   294 Union St.,   Hackensack, NJ 07601-4303
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-3          User: admin              Page 2 of 3              Date Rcvd: Feb 01, 2013
                              Form ID: b18             Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 03, 2013**                     **Signature:**    *Joseph Speetjens*

```
District/off: 0312-3           User: admin              Page 3 of 3                   Date Rcvd: Feb 01, 2013
                               Form ID: b18             Total Noticed: 34
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 1, 2013 at the address(es) listed below:
           Eugene D. Roth    on behalf of Debtor Frank Suraci erothesq@gmail.com
           Norman I. Klein    on behalf of Creditor   Valley National Bank nklein@cgkesqs.com
           Theodore   Liscinski     tedliscinski@verizon.net, nj01@ecfcbis.com;annedennick@verizon.net
           Theodore   Liscinski    on behalf of Trustee Theodore Liscinski tedliscinski@verizon.net,
            annedennick@verizon.net;annedennick@gmail.com
                                                                                                     TOTAL: 4