**TED LISCINSKI JR, LLC**
**Attorneys at Law**
**265 Davidson Avenue, Suite 200**
**Somerset, New Jersey  08873**
**(732) 469-9008**
Attorneys for Trustee

Order Filed on August 5, 2015
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| IN RE:<br><br>SURACI, FRANK J.<br><br>Debtor(s) | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY<br><br>CASE NO.  12-35461 (MBK)<br><br>CHAPTER 7<br><br>HEARING DATE: |
|---|---|

**ORDER ALLOWING TRUSTEE THEODORE LISCINSKI, JR.,
TO SELL STOCK IN RADIANT LOGISTICS, INC.**

The relief set forth on the following pages, number two (2) through two (2) is hereby ORDERED.

**DATED: August 5, 2015**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page 2)

Debtor:  SURACI, FRANK J.

Case No. 12-35461

**ORDER ALLOWING TRUSTEE THEODORE LISCINSKI, JR., TO SELL STOCK IN RADIANT LOGISTICS, INC.**

---

Upon consideration of the motion/application of Theodore Liscinski, Jr., Trustee for Suraci, Frank J., for an Order Allowing Trustee Theodore Liscinski, Jr. to sell the stock in Radiant Logistics, Inc., and for good cause shown, it is hereby

ORDERED that the Trustee Theodore Liscinski, Jr. to sell the 56,819 shares of Radiant Logistics, Inc., restricted stock in the names of Frank J. Suraci and L. Ann Suraci and from the sale of the proceeds L. Ann Suraci is entitled to one-half of the net sales proceeds after cost and Frank J. Suraci is entitled to his statutory exemption of $11, 578.12.  The rest and remainder of the sale proceeds shall be used by the Trustee for distribution pursuant to the United States Bankruptcy Code.

IT IS ORDERED that the names of ownership of Radiant Logistics, Inc. shall be in the name of Theodore Liscinski, Jr., Trustee for Frank J. Suraci and for L. Ann Suraci