**TED LISCINSKI JR, LLC**
**Attorneys at Law**
**265 Davidson Avenue, Suite 200**
**Somerset, New Jersey  08873**
**(732) 469-9008**
Attorneys for Trustee

**Order Filed on August 5, 2015**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

| IN RE:<br><br>SURACI, FRANK J.<br><br>Debtor(s) | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY<br><br>CASE NO.  12-35461 (MBK)<br><br>CHAPTER 7<br><br>HEARING DATE: |
|---|---|

**ORDER ALLOWING TRUSTEE THEODORE LISCINSKI, JR.,**
**TO SELL STOCK IN RADIANT LOGISTICS, INC.**

The relief set forth on the following pages, number two (2) through two (2) is hereby ORDERED.

**DATED: August 5, 2015**

_/s/ Michael B. Kaplan_
Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page 2)

Debtor:  SURACI, FRANK J.

Case No. 12-35461

**ORDER ALLOWING TRUSTEE THEODORE LISCINSKI, JR., TO SELL STOCK IN RADIANT LOGISTICS, INC.**

---

Upon consideration of the motion/application of Theodore Liscinski, Jr., Trustee for Suraci, Frank J., for an Order Allowing Trustee Theodore Liscinski, Jr. to sell the stock in Radiant Logistics, Inc., and for good cause shown, it is hereby

ORDERED that the Trustee Theodore Liscinski, Jr. to sell the 56,819 shares of Radiant Logistics, Inc., restricted stock in the names of Frank J. Suraci and L. Ann Suraci and from the sale of the proceeds L. Ann Suraci is entitled to one-half of the net sales proceeds after cost and Frank J. Suraci is entitled to his statutory exemption of $11, 578.12.  The rest and remainder of the sale proceeds shall be used by the Trustee for distribution pursuant to the United States Bankruptcy Code.

IT IS ORDERED that the names of ownership of Radiant Logistics, Inc. shall be in the name of Theodore Liscinski, Jr., Trustee for Frank J. Suraci and for L. Ann Suraci

United States Bankruptcy Court
District of New Jersey

In re:  
Frank J. Suraci  
    Debtor

Case No. 12-35461-MBK  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: kfeeley     Page 1 of 1     Date Rcvd: Aug 05, 2015  
                     Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 07, 2015.  
db          +Frank J. Suraci,    1 Birchwood Drive,    Perrineville, NJ 08535-1111

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                 TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2015                                Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 5, 2015 at the address(es) listed below:  
        Eugene D. Roth    on behalf of Debtor Frank J. Suraci erothesq@gmail.com  
        Norman I. Klein    on behalf of Creditor    Valley National Bank nklein@cgkesqs.com  
        Theodore   Liscinski, Jr.    tedliscinski@verizon.net,  
         ecf.alert+Liscinski@titlexi.com;maureenhart@verizon.net  
        Theodore   Liscinski, Jr.    on behalf of Trustee Theodore   Liscinski, Jr. tedliscinski@verizon.net,  
         ecf.alert+Liscinski@titlexi.com;maureenhart@verizon.net  
                                                                                                  TOTAL: 4